```
AARON D. FORD
  Nevada Attorney General
MICHELLE DI SILVESTRO ALANIS (Bar No. 10024)
  Supervising Senior Deputy Attorney General
GERALD L. TAN (Bar No. 13596)
  Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone:  (702) 486-3268
Facsimile:   (702) 486-3773
E-Mail: malanis@ag.nv.gov
            gtan@ag.nv.gov
```

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BYFORD "PETER" WHITTINGHAM, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ATTORNEY GENERAL'S OFFICE, a Corporation, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive,<br><br>    Defendants. | CASE NO. 2:20-cv-00811-GMN-EFY<br><br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant, ATTORNEY GENERAL'S OFFICE, by and through their attorneys, AARON D. FORD, Attorney General for the State of Nevada, MICHELLE DI SILVESTRO ALANIS, Supervising Senior Deputy Attorney General, and GERALD L. TAN, Deputy Attorney General, and Plaintiff, BYFORD "PETER" WHITTINGHAM, by and through his attorneys, JENNY L. FOLEY, ESQ., MARTA D. KURSHUMOVA, ESQ. and DANA SNIEGOCKI, ESQ. hereby stipulate pursuant to LR IA 6-1, LR IA 6-2, to extend the time for Defendant to Answer or Otherwise Respond to Plaintiffs' Complaint.  This is the first request for an extension of time to file an answer or otherwise respond to Plaintiffs' Complaint.

Plaintiff filed his Complaint on May 5, 2020. Defendant was served with the Complaint on May 11, 2020. The current deadline for Defendant to answer or otherwise respond to the Complaint is June 1, 2020.

This request is made because defense counsel was recently assigned to this matter and needs additional time to review the case and gather information to adequately and accurately respond to the Complaint. Additionally, defense counsel's current caseload and pre-existing case deadlines and obligations do not allow enough time to respond to the Compliant. Further, additional time is needed due to the challenges presented by the current pandemic.

The parties stipulate and agree through their respective counsel, that this Court grant Defendant a 30-day extension of time, up to and including July 1, 2020, to file an answer or otherwise respond to Plaintiff's complaint.

DATED: May 27, 2020.

AARON D. FORD
Attorney General

By:   /s/ Michelle Di Silvestro Alanis
Michelle Di Silvestro Alanis (Bar. No. 10024)
Supervising Senior Deputy Attorney General
Gerald L.Tan (Bar No. 13596)
Deputy Attorney General
*Attorneys for Defendant*

DATED: May 27, 2020.

HKM Employment Attorneys. LLP
(

By:   /s/ Jenny L. Foley
Jenny L. Foley, Esq. (Bar No. 9017)
Marta D. Kurshumova, Esq. (Bar No. 14728)
Dana Sniegocki, Esq. (Bar No. 11715)
1785 E. Sahara Ave. Ste. 300
Las Vegas, NV 89104
(702)-805-8340
*Attorneys for Plaintiff*
[Permission to sign electronically received in writing]

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 29, 2020