**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 920-8112
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BYFORD "PETER" WHITTINGHAM, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ATTORNEY GENERAL'S OFFICE, a Corporation, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendants. | **CASE NO.: 2:20-cv-00811-GMN-EFY**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 12)**<br><br>**(FIRST REQUEST)** |

The Parties, by and through their counsel of record, hereby stipulate and agree to the following:

1. On July 1, 2020, Defendant filed its Motion to Dismiss (ECF No. 12).

2. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss is due to be filed and served on July 15, 2020.

3. The Parties agree to a fourteen (14) day extension of time for Plaintiff to file and serve his Response in Opposition to Defendant's Motion to Dismiss, meaning such Response in Opposition will be filed on or before July 29, 2020.

Page **1** of **2**

4. This is Plaintiff's first request for an extension of time to respond to Defendant's Motion to Dismiss and is not made for the purpose of delay. Due to the complex nature of the claims asserted in this case and the legal arguments raised in Defendant's Motion, Plaintiff and his counsel require additional time to adequately respond to the legal arguments set forth in the Motion. Thus, this request for an extension is made in good faith.

Dated: July 14, 2020.

**HKM EMPLOYMENT ATTORNEYS LLP**
By: */s/ Jenny L. Foley*
JENNY L. FOLEY (Bar No. 9017)
MARTA D. KURSHUMOVA (Bar No. 14728)
DANA SNIEGOCKI (Bar No. 11715)
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 625-3893
Facsimile: (702) 625-3895
Email: jfoley@hkm.com
Email: mkurshumova@hkm.com
Email: dsniegocki@hkm.com

*Attorneys for Plaintiff*

Dated: July 14, 2020

**OFFICE OF THE ATTORNEY GENERAL**
By: */s/ Michelle Di Silvestro Alanis*
MICHELLE DI SILVESTRO ALANIS (Bar. No. 10024)
GERALD L.TAN (Bar No. 13596)
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3268
Facsimile: (702) 486-3773
Email: malanis@ag.nv.gov
Email: gtan@ag.nv.gov
*Attorneys for Defendant*

**IT IS SO ORDERED**.
Dated this 15 day of July, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

Page **2** of **2**