AARON D. FORD
  Nevada Attorney General
MICHELLE DI SILVESTRO ALANIS (Bar No. 10084)
  Supervising Senior Deputy Attorney General
GERALD L. TAN (Bar No. 13596)
  Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone:  (702) 486-3268
Facsimile:   (702) 486-3773
E-Mail: malanis@ag.nv.gov
           gtan@ag.nv.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BYFORD "PETER" WHITTINGHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ATTORNEY GENERAL'S OFFICE, a Corporation, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-00811-GMN-EFY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO REPLY TO OPPOSITION TO MOTION TO DISMISS (ECF NO. 16)**<br><br>**(FIRST REQUEST)** |

Defendant, ATTORNEY GENERAL'S OFFICE, by and through their attorneys, AARON D. FORD, Attorney General for the State of Nevada, MICHELLE DI SILVESTRO ALANIS, Supervising Senior Deputy Attorney General, and GERALD L. TAN, Deputy Attorney General, and Plaintiff, BYFORD "PETER" WHITTINGHAM, by and through his attorneys, JENNY L. FOLEY, ESQ., MARTA D. KURSHUMOVA, ESQ. and DANA SNIEGOCKI, ESQ. hereby stipulate pursuant to LR IA 6-1, LR IA 6-2, to extend the time for Defendant to file a Reply to Response to Motion to Dismiss (Doc. 16).  This is the first request for an extension of time to file the Reply.

Defendant filed a Motion to Dismiss on July 1, 2020 (ECF No. 12). Plaintiff filed his Response to Motion to Dismiss on July 29, 2020 (ECF No. 16). The current deadline for Defendant to Reply to the Response to Motion to Dismiss is August 5, 2020.

This request is made because defense counsel is scheduled for annual leave August 3, 2020 to August 7, 2020. Additionally, extra time is needed due to counsel's current case load and the challenges presented by the current pandemic. This request is made in good faith and not for purposes of delay.

The parties stipulate and agree through their respective counsel, that this Court grant Defendant an extension of time, up to and including August 21, 2020, to file its Reply.

DATED: August 04, 2020.

AARON D. FORD
Attorney General

By:   /s/ Michelle Di Silvestro Alanis
Michelle Di Silvestro Alanis (Bar. No. 10024)
Supervising Senior Deputy Attorney General
Gerald L. Tan (Bar No. 13596)
Deputy Attorney General
*Attorneys for Defendant*

HKM Employment Attorneys. LLP

By:   /s/ Jenny L. Foley
Jenny L. Foley, Esq. (Bar No. 9017)
Marta D. Kurshumova, Esq. (Bar No. 14728)
Dana Sniegocki, Esq. (Bar No. 11715)
1785 E. Sahara Ave. Ste. 300
Las Vegas, NV 89104
(702)-805-8340
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED**.

DATED this  5  day of August, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT