**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 920-8112
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Byford "Peter" Whittingham an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>Attorney General's Office a Corporation, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive.<br><br>Defendant. | CASE NO.: 2:20-cv-00811-GMN-EJY<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY MARTA D. KURSHUMOVA** |

Plaintiff Byford "Peter" Whittingham, by and through his counsel Jenny L. Foley, Esq., hereby requests the Court remove attorney Marta D. Kurshumova, Esq. as counsel of record from the above-captioned case. Plaintiff has been and continues to be represented in this matter by Jenny L. Foley, Ph.D., Esq. and HKM Employment Attorneys, LLP.

///

///

///

///

///

1   Dated this 13th day of August, 2020.

2                 HKM EMPLOYMENT ATTORNEYS LLP

3                 */s/ Jenny L. Foley*
              Jenny L. Foley, Ph.D., Esq.
4                 Nevada Bar No. 9017
              1785 East Sahara, Suite 300
5                 Las Vegas, Nevada 89104
              Tel: (702) 805-8340
6                 Fax: (702) 920-8112
              E-mail: jfoley@hkm.com
7                 *Attorney for Plaintiff*

8

9
              IT IS SO ORDERED.
10

11                 _____
12                 U.S. MAGISTRATE JUDGE

13                 Dated:  August 13, 2020

14

15

16

17

18

19

20

21

22

23

24