AARON D. FORD
  Nevada Attorney General
MICHELLE DI SILVESTRO ALANIS (Bar No. 10024)
  Supervising Senior Deputy Attorney General
GERALD L. TAN (Bar No. 13596)
  Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3268
Facsimile: (702) 486-3773
E-Mail: malanis@ag.nv.gov
              gtan@ag.nv.gov

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BYFORD "PETER" WHITTINGHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ATTORNEY GENERAL'S OFFICE, a Corporation, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-00811-GMN-EFY<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION SESSION** |

Defendant, ATTORNEY GENERAL'S OFFICE, by and through their attorneys, AARON D. FORD, Attorney General for the State of Nevada, MICHELLE DI SILVESTRO ALANIS, Supervising Senior Deputy Attorney General, and GERALD L. TAN, Deputy Attorney General, and Plaintiff, BYFORD "PETER" WHITTINGHAM, by and through his attorneys, JENNY L. FOLEY, ESQ., MARTA D. KURSHUMOVA, ESQ. and DANA SNIEGOCKI, ESQ. hereby stipulate to continue the Early Neutral Evaluation Session.

The parties respectfully request that the Early Neutral Evaluation Session scheduled for August 19, 2020 be continued to **Thursday, September 3, 2020 at 10:00 AM.** The parties further respectfully request that the confidential written evaluation statement be due on **Thursday, August 27, 2020.**

The parties request this continuance as the Defendant's Tort Claims Manager, who approves any financial settlements, is not available on the currently scheduled date. Therefore, the parties seek a

continuance as the Tort Claims Manager's appearance is required and this request is made in good faith and not for purposes of delay. The remaining requirements and locations set forth and contained in the previous Order Scheduling Early Neutral Evaluation Session will remain in full force and effect.

DATED: August 11, 2020.                              DATED: August 11, 2020.

AARON D. FORD                                        HKM Employment Attorneys. LLP
Attorney General

By:   /s/ Michelle Di Silvestro Alanis              By:  /s/ Jenny L. Foley
Michelle Di Silvestro Alanis (Bar. No. 10024)       Jenny L. Foley, Esq. (Bar No. 9017)
Supervising Senior Deputy Attorney General          Marta D. Kurshumova, Esq. (Bar No. 14728)
Gerald L. Tan (Bar No. 13596)                       Dana Sniegocki, Esq. (Bar No. 11715)
Deputy Attorney General                             1785 E. Sahara Ave. Ste. 300
*Attorneys for Defendant*                           Las Vegas, NV 89104
                                                    (702)-805-8340
                                                    *Attorneys for Plaintiff*
                                                    [Permission to sign electronically received in writing]

**ORDER**

IT IS SO ORDERED.

All remaining provisions of the Court's Order (ECF No. 13) remain in effect.

DATED:  August 13, 2020.

_____
UNITED STATES MAGISTRATE JUDGE