AARON D. FORD
  Nevada Attorney General
MICHELLE DI SILVESTRO ALANIS (Bar No. 10024)
  Supervising Senior Deputy Attorney General
GERALD L. TAN (Bar No. 13596)
  Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3268
Facsimile: (702) 486-3773
E-Mail: malanis@ag.nv.gov
      gtan@ag.nv.gov

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BYFORD "PETER" WHITTINGHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ATTORNEY GENERAL'S OFFICE, a Corporation, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-00811-GMN-EFY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE AN OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT (ECF NO. 18)** |

    Defendant, ATTORNEY GENERAL'S OFFICE, by and through their attorneys, AARON D. FORD, Attorney General for the State of Nevada, MICHELLE DI SILVESTRO ALANIS, Supervising Senior Deputy Attorney General, and GERALD L. TAN, Deputy Attorney General, and Plaintiff, BYFORD "PETER" WHITTINGHAM, by and through his attorneys, JENNY L. FOLEY, ESQ. and DANA SNIEGOCKI, ESQ. hereby stipulate pursuant to LR IA 6-1, LR IA, 6-2, to extend the time for Defendant to file its Opposition to Plaintiff's Motion to Amend the Complaint (ECF No. 18). This is the first request for an extension of time to file the Opposition.

    Plaintiff filed a Motion to Amend the Complaint on July 30, 2020 (ECF No. 18). The current deadline for Defendant to file its Opposition to the Motion to Amend the Complaint is August 13, 2020.

    This request is made due to previously scheduled annual leave and complications and circumstances surrounding pandemic and remote working. Counsel was on scheduled leave from August

3rd to August 11th. Upon counsel's return from leave, her remote desktop access has had continuous issues with email as well as accessing and drafting documents. This request is made in good faith and not for purposes of delay.

The parties stipulate and agree through their respective counsel that this Court grant Defendant an extension of time, up to and including August 21, 2020, to file its Opposition.

DATED: August 13, 2020.

AARON D. FORD
Attorney General

By:   /s/ Michelle Di Silvestro Alanis
Michelle Di Silvestro Alanis (Bar. No. 10024)
Supervising Senior Deputy Attorney General
Gerald L. Tan (Bar No. 13596)
Deputy Attorney General
*Attorneys for Defendant*

DATED: August 13, 2020.

HKM Employment Attorneys. LLP

By:  /s/ Jenny L. Foley
Jenny L. Foley, Esq. (Bar No. 9017)
Marta D. Kurshumova, Esq. (Bar No. 14728)
Dana Sniegocki, Esq. (Bar No. 11715)
1785 E. Sahara Ave. Ste. 300
Las Vegas, NV 89104
(702)-805-8340
*Attorneys for Plaintiff*
[Permission to sign electronically received in writing]

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of August, 2020.

[signature]
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE