AARON D. FORD
  Nevada Attorney General
MICHELLE DI SILVESTRO ALANIS (Bar No. 10024)
  Supervising Senior Deputy Attorney General
GERALD L. TAN (Bar No. 13596)
  Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3268
Facsimile: (702) 486-3773
E-Mail: malanis@ag.nv.gov
       gtan@ag.nv.gov

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BYFORD "PETER" WHITTINGHAM, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, ex. rel. NEVADA ATTORNEY GENERAL'S OFFICE, a Subdivision of the State of Nevada; DAVID O'HARA, an individual, JANE DOE an Individual; DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. 2:20-cv-00811-GMN-EFY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO STAY TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF NO. 35) AND TO STAY DISCOVERY UNTIL A RESPONSE TO THE FIRST AMENDED COMPLAINT IS FILED**<br><br>(First Request) |

    Defendant, NEVADA ATTORNEY GENERAL'S OFFICE, by and through their attorneys, AARON D. FORD, Attorney General for the State of Nevada, MICHELLE DI SILVESTRO ALANIS, Supervising Senior Deputy Attorney General, and GERALD L. TAN, Deputy Attorney General, and Plaintiff, BYFORD "PETER" WHITTINGHAM, by and through his attorneys, JENNY L. FOLEY, ESQ. and DANA SNIEGOCKI, ESQ. hereby stipulate pursuant to LR IA 6-1, LR IA 6-2 to stay the time for Defendant to respond to the First Amended Complaint and to stay discovery until an Order is filed and an operative Complaint is determined. This is the first request to extend or stay the time to respond to the First Amended Complaint.

    On September 22, 2020, Unites States Magistrate Judge Youchah entered an Order and Report and Recommendation (ECF 31) regarding Plaintiff's Motion for Leave to Amend (ECF 18).

The Order granted in part to allow Plaintiff to replead a First Amended Complaint alleging Title VII retaliation against State of Nevada ex rel. Nevada Attorney General's Office.

The Report made several recommendations to the United States District Court Judge denying with prejudice several proposed amendments. The Report also made several recommendations that certain claims be dismissed without prejudice with one opportunity to amend.

Plaintiff filed his First Amended Complaint on November 12, 2020 (ECF No. 35). The current deadline for Defendant to file its response to the First Amended Complaint is November 30, 2020.

There is currently no Order on file adopting the recommendations of Judge Youchah; therefore, the parties stipulate to STAY the Defendant's response to the First Amended Complaint (ECF No. 35) until an Order is entered.

If an Order is entered adopting the recommendations as set forth in ECF 31, then the Defendant will have fifteen (15) days to file a response to the First Amended Complaint.

If the Order does not adopt the recommendations as set forth in ECF 31, then Plaintiff will withdraw his First Amended Complaint and refile in accordance with the Order. Defendant's response will be due in accordance with the Federal Rules of Civil Procedure.

The parties further stipulate to STAY discovery until an Order is filed and the parties can determine which Complaint is operative and what claims and parties are at issue in the litigation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This request is made in good faith and not for purposes of delay.

| DATED: November 30, 2020. | DATED: November 30, 2020. |
|---|---|
| AARON D. FORD<br>Attorney General | HKM Employment Attorneys. LLP |
| By: ___/s/ Michelle Di Silvestro Alanis___<br>Michelle Di Silvestro Alanis (Bar. No. 10024)<br>Supervising Senior Deputy Attorney General<br>Gerald L. Tan (Bar No. 13596)<br>Deputy Attorney General<br>*Attorneys for Defendant* | By: __/s/ Dana Sniegocki__<br>Jenny L. Foley, Esq. (Bar No. 9017)<br>Dana Sniegocki, Esq. (Bar No. 11715)<br>1785 E. Sahara Ave. Ste. 300<br>Las Vegas, NV 89104<br>(702)-805-8340<br>*Attorneys for Plaintiff*<br>[Permission to sign electronically received in writing] |

**ORDER**

IT IS SO ORDERED.

DATED this 30 day of November, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE