AARON D. FORD
  Nevada Attorney General
MICHELLE DI SILVESTRO ALANIS (Bar No. 10084)
  Supervising Senior Deputy Attorney General
GERALD L. TAN (Bar No. 13596)
  Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3268
Facsimile: (702) 486-3773
E-Mail: malanis@ag.nv.gov
       gtan@ag.nv.gov

*Attorneys for Defendant, Attorney General's Office*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BYFORD "PETER" WHITTINGHAM, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, ex. rel. NEVADA ATTORNEY GENERAL'S OFFICE, a Subdivision of the State of Nevada; DAVID O'HARA, an Individual, JANE DOE an Individual; DOES 1-50; inclusive,<br><br>    Defendants. | CASE NO. 2:20-cv-00811-GMN-EFY<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF 35)**<br><br>**(SECOND REQUEST)** |

Defendant, NEVADA ATTORNEY GENERAL'S OFFICE, by and through their attorneys, AARON D. FORD, Attorney General for the State of Nevada, MICHELLE DI SILVESTRO ALANIS, Supervising Senior Deputy Attorney General, and GERALD L. TAN, Deputy Attorney General, and Plaintiff, BYFORD "PETER" WHITTINGHAM, by and through his attorneys, JENNY L. FOLEY, ESQ. and DANA SNIEGOCKI, ESQ. hereby stipulate pursuant to LR IA 6-1, LR IA 6-2 to stay the time for Defendant to respond to the First Amended Complaint and to stay discovery until an Order is filed and an operative Complaint is determined. This is the second request to extend the time to respond to the First Amended Complaint.

On September 22, 2020, Unites States Magistrate Judge Youchah entered an Order and Report and Recommendation (ECF 31) regarding Plaintiff's Motion for Leave to Amend (ECF 18).

1  Plaintiff filed his First Amended Complaint (FAC) on November 12, 2020 (ECF No. 35).

2  The parties stipulated to stay a response until after an Order from the United State District Court
3  Judge adopting the recommendations of Judge Youchah.

4  On December 7, 2020, United States District Court Judge Navarro entered her Order (ECF 38).

5  The stipulation proposed that the Defendant's response be filed 15 days following the Order or
6  December 22, 2020.

7  Defendant's counsel's current workload, ongoing challenges of the pandemic, family illness and
8  previously scheduled leave has prevented the ability to meet this deadline. Additionally, the FAC
9  includes approximately 22 pages of factual allegations that require counsel to properly gather
10 information to adequately and accurately respond to the FAC. Lastly, Defendant David O'Hara, has not
11 been personally served with the FAC. It is anticipated that Defendant O'Hara would request
12 representation from the Attorney General, and it is possible that only one response to the FAC may be
13 filed.

14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Therefore, based on the foregoing the parties stipulate and agree through their respective counsel, that this Court grant Defendant an extension of time, up to and including January 13, 2020, to file an answer or otherwise respond to Plaintiff's First Amended Complaint. This request is made in good faith and not for purposes of delay.

DATED: December 21, 2020.                                   DATED: December 21, 2020.

AARON D. FORD                                               HKM Employment Attorneys. LLP
Attorney General


By:   */s/ Michelle Di Silvestro Alanis*                    By:  */s/ Jenny L. Foley*
Michelle Di Silvestro Alanis (Bar. No. 10024)               Jenny L. Foley, Esq. (Bar No. 9017)
Supervising Senior Deputy Attorney General                  Dana Sniegocki, Esq. (Bar No. 11715)
Gerald L. Tan (Bar No. 13596)                               1785 E. Sahara Ave. Ste. 300
Deputy Attorney General                                     Las Vegas, NV 89104
*Attorneys for Defendant, Attorney General's*               (702)-805-8340
*Office*                                                    *Attorneys for Plaintiff*
                                                            [Permission to sign electronically received in writing]


**ORDER**

IT IS SO ORDERED.

DATED this ___21st___ day of December, 2020.

_____
ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE