AARON D. FORD
  Nevada Attorney General
MICHELLE DI SILVESTRO ALANIS (Bar No. 10084)
  Supervising Senior Deputy Attorney General
GERALD L. TAN (Bar No. 13596)
  Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3268
Facsimile: (702) 486-3773
E-Mail: malanis@ag.nv.gov
        gtan@ag.nv.gov

*Attorneys for Defendant, Attorney General's Office
     and David O'Hara*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BYFORD "PETER" WHITTINGHAM, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, ex. rel. NEVADA ATTORNEY GENERAL'S OFFICE, a Subdivision of the State of Nevada; DAVID O'HARA, an Individual, JANE DOE an Individual; DOES 1-50; inclusive,<br><br>      Defendants. | CASE NO. 2:20-cv-00811-GMN-EFY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE PLAINTIFF'S REVISED FIRST AMENDED COMPLAINT (ECF 49)**<br><br>**(FIRST REQUEST)** |

Defendant, NEVADA ATTORNEY GENERAL'S OFFICE and DAVID O'HARA by and through their attorneys, AARON D. FORD, Attorney General for the State of Nevada, MICHELLE DI SILVESTRO ALANIS, Supervising Senior Deputy Attorney General, and GERALD L. TAN, Deputy Attorney General, and Plaintiff, BYFORD "PETER" WHITTINGHAM, by and through his attorneys, JENNY L. FOLEY, ESQ. and DANA SNIEGOCKI, ESQ. of HKM Employment Attorneys LLP. hereby stipulate pursuant to LR IA 6-1, LR IA 6-2 to an extension of time for Defendants to respond to the Revised First Amended Complaint. This is the first request to extend the time to respond to the Revised First Amended Complaint.

On September 22, 2020, Unites States Magistrate Judge Youchah entered an Order and Report and Recommendation (ECF 31) regarding Plaintiff's Motion for Leave to Amend (ECF 18).

Plaintiff filed his First Amended Complaint (FAC) on November 12, 2020 (ECF No. 35).

The parties stipulated to stay a response until after an Order from the United State District Court Judge adopting the recommendations of Judge Youchah (ECF No. 36). The stipulation proposed that the Defendant AGO's response be filed 15 days following the Order.

On December 7, 2020, United States District Court Judge Navarro entered her Order (ECF 38).

On December 21, 2020, the parties entered a second stipulation making Defendant AGO's response due on January 13, 2021.

On January 13, 2021, Defendant, AGO file a Motion to Strike (ECF No. 40). On May 12, 2021, Judge Youchah entered an Order granting in part and denying in part Defendant AGO's Motion to Strike (ECF No. 46). The Court ordered Plaintiff to file a Revised First Amended Complaint within 10 days of the Court's Order. The Court further ordered a responsive pleading for Defendant AGO due within 30 days of the Court's Order or June 11, 2021. The Court further ordered Defendants' counsel to notify Plaintiff's counsel within 14 days whether they would accept service for Defendant, David O'Hara.

On May 18, 2021, Plaintiff filed his Revised First Amended Complaint (RFAC) (ECF No. 49).

On May 26, Defendants' counsel notified Plaintiff they would accept service for O'Hara. On June 2, 2021, Defendants' counsel accepted service of the Revised First Amended Complaint for David O'Hara (ECF No. 51). Pursuant to the Court's Order O'Hara's response is also due June 11, 2021.

Defendants' counsel's current workload, particularly the number of deadlines and matters currently being scheduled for hearing post-pandemic delays has impacted the ability to meet this deadline. Additionally, the Attorney General's Office has new General Counsel, who in her role, would like to review the present litigation and pleadings, including Defendants' Response to the RFAC. As the court is aware the RFAC includes approximately 22 pages of factual allegations and 244 allegations total against the Defendants that require counsel significant time to review and to properly gather information to respond to the RFAC adequately and accurately.

/ / /

/ / /

Therefore, based on the foregoing the parties stipulate and agree through their respective counsel, that this Court grant Defendants an extension of time of two weeks, up to and including June 25, 2021, to file an answer or otherwise respond to Plaintiff's Revised First Amended Complaint. This request is made in good faith and not for purposes of delay.

| | |
|---|---|
| DATED: June 11, 2021. | DATED: June 11, 2021. |
| AARON D. FORD<br>Attorney General | HKM Employment Attorneys. LLP |
| By:    */s/ Michelle Di Silvestro Alanis*<br>Michelle Di Silvestro Alanis (Bar. No. 10024)<br>Supervising Senior Deputy Attorney General<br>Gerald L. Tan (Bar No. 13596)<br>Deputy Attorney General<br>*Attorneys for Defendant, Attorney General's Office and David O'Hara* | By:  */s/ Dana Sniegocki*<br>Jenny L. Foley, Esq. (Bar No. 9017)<br>Dana Sniegocki, Esq. (Bar No. 11715)<br>1785 E. Sahara Ave. Ste. 300<br>Las Vegas, NV 89104<br>(702)-805-8340<br>*Attorneys for Plaintiff*<br>[Permission to sign electronically received in writing] |

**ORDER**

IT IS SO ORDERED.

DATED this 11th day of June 2021.

*(signature)*
ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE