# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Byford "Peter" Whittingham, an individual,

Plaintiff(s),

vs.

Attorney General's Office, et al.

Defendant(s).

Case No. 2:20-cv-00811-GMN-EJY

Plaintiff's Motion to Substitute Counsel

## SUBSTITUTION OF ATTORNEY

Plaintiff Byford "Peter" Whittingham (~~Plaintiff~~) (~~Defendant~~) hereby substitutes
(Name of Party)

Michael P. Balaban of Law Office of Michael P. Balaban
(New Attorney)

(Address): Law Office of Michael B. Balaban, 10726 Del Rudini St., Las Vegas, NV 89141

(Telephone): Tel: 702-586-2964; Email: mbalaban@balaban-law.com, as attorney of record in place and

stead of: Dana Sniegocki and Jenny Foley of HKM Employment Attorneys LLP
(Present Attorney)

DATED: 05 / 13 / 2023

(Signature of Party)

I consent to the above substitution.

DATED: May 12, 2023      /s/ Dana Sniegocki   /s/ Jenny Foley
(Signature of Present Attorney)

. . .

. . .

. . .

1

Doc ID: dd8b913b43a7cc9f11c156e72cfcb3091c956074

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: May 12, 2023                    /s/ Michael P. Balaban
                                          (Signature of New Attorney)
4
5
6  Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT
7
8                            IT IS SO ORDERED:
9  DATED: May 15, 2023
10                           UNITED STATES MAGISTRATE JUDGE

2

Doc ID: dd8b913b43a7cc9f11c156e72cfcb3091c956074