Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BYFORD "PETER" WHITTINGHAM, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> THE STATE OF NEVADA, ex rel. NEVADA ATTORNEY GENERAL'S OFFICE, a Subdivision of the State of Nevada, <br><br> Defendant. | CASE NO. 2:20-cv-00811-GMN-EFY <br><br> STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT MUST FILE ITS REPLY TO PLAINTIFF'S RESPONSE <br> [LR 7-1; LR IA 6-2] <br><br> (Second Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to Defendant State of Nevada, ex rel. Nevada Attorney General's Office's motion for summary judgment filed on March 29, 2024, for which the response is currently due on May 29, 2024, will be continued until June 7, 2024.  In addition, Defendant's reply to Plaintiff's response will be continued to June 28, 2024.

1

Said continuances are being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is involved in and the fact that Plaintiff's counsel's brother has recently been admitted to the hospital and that has delayed Plaintiff's counsel's ability to work on the response.

One previous continuance or extension has been requested and granted as to the filing of Plaintiff's response to Defendant's motion for summary judgment.  No previous extensions have been requested and granted as to the filing of Defendant's reply to Plaintiff's response to motion for summary judgment.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | ARRON D. FORD<br>Attorney General |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>Bar No. 9370<br>10726 Del Rudini St.<br>Las Vegas, NV  89141<br>*Attorney for Plaintiff Byford "Peter" Whittingham* | /s/ Gerald L. Tan<br>Gerald L. Tan, Esq.<br>Bar No. 13596<br>555 E. Washington Ave., #3900<br>Las Vegas, NV  89101<br>*Attorneys for Defendant State of Nevada* |
| Dated: May 24, 2024 | Dated: May 24, 2024 |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE Dated: May 25, 2024